UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **ANDY SPINKS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 1:18-CV-2616-WTL-DLP |
| | ) |
| **R AND S SERVICES, LLC** | ) |
| **and RICHARD T. PARKS** | ) |
| | ) |
| Defendants. | ) |

> Approved on 12/12/2018.
> s/ William T. Lawrence, Senior Judge
> Notice via ECF.

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties, by counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and file this joint stipulation of dismissal of the above captioned matter, with prejudice, each party bearing its own fees and costs.

Respectfully submitted,

| | |
|---|---|
| /s/Robert J. Hunt | /s/Patrick C. Badell |
| Robert J. Hunt (30686-49) | Patrick C. Badell (2506-70) |
| The Law Office of Robert J. Hunt, LLC | BADELL & WILSON, P.C. |
| 1905 South New Market Street, Ste 220 | P.O. Box 337 |
| Carmel, IN  46032 | Rushville, IN 46173 |
| rob@indianawagelaw.com | bwlaw@bwlawoffice.com |
| | |
| Attorney for Plaintiff | Attorney for Defendants |